\\Bear\TrialWorks\CaseFiles\8984\Hearings\2d Cir Appeal\NOA 4.14.10.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:

JADWIGA H. PAWLOWSKI
Debtor.

------------------------------------------------------------X

MONIKA BERNARDEZ, an Infant by Her
Mother and Natural Guardian Lesbia Bernardez,

               Appellant,

   -v-

JADWIGA H. PAWLOWSKI,

               Appellee.
------------------------------------------------------------X

08-CV-0366 (RRM)(RML)
08-CV-1213 (RRM)(SMG)

**NOTICE OF APPEAL**

     Notice of Appeal to the United States Court of Appeals for the Second Circuit.

     MONIKA BERNARDEZ, an infant by her mother and natural guardian LESBIA BERNARDEZ, non-priority creditor, hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the final order of the District Court for the Eastern District of New York entered in this case on March 23, 2010 that denied Appellant's appeals from two orders of the United States Bankruptcy Court, Eastern District of New York (Hon. Dennis E. Milton, J.) (i) dated December 11, 2007, that granted debtor JADWIGA H. PAWLOWSKI's motion to disallow Appellant's claims pursuant to 11 U.S.C. 502, and (ii) dated March 6, 2008, that confirmed debtor JADWIGA H. PAWLOWSKI's bankruptcy reorganization plan.

     The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

John M. Daly, Esq.
FITZGERALD & FITZGERALD, P.C.
Attorneys for Non-Priority Creditor
MONIKA BERNARDEZ,
an infant by her mother and
natural guardian LESBIA BERNARDEZ
538 Riverdale Avenue
Yonkers, New York 10705
(914) 378-1010

Todd E. Duffy, Esq.
DUFFY & ATKINS, LLP
Attorneys for the Debtor
JADWIGA H. PAWLOWSKI
Seven Penn Plaza, Suite 420
New York, New York 10001
(212) 268-2685

Dated: Yonkers, New York
       April 20, 2010

            FITZGERALD & FITZGERALD, P.C.
            Attorneys for Appellant
            MONICA BERNARDEZ,
            an infant by her mother and
            natural guardian LESBIA BERNARDEZ

            By: _____
              John M. Daly (JD8521)
            538 Riverdale Avenue
            Yonkers, New York 10705
            (914) 378-1010

TO: Todd E. Duffy, Esq.
    DUFFY & ATKINS, LLP
    Attorneys for the Debtor
    Seven Penn Plaza, Suite 420
    New York, New York 10001
    (212) 268-2685

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653014004
Cashier ID: egoddard
Transaction Date: 04/21/2010
Payer Name: FITZGERALD FITZGERALD PC

NOTICE OF APPEAL/DOCKETING FEE
 For: FITZGERALD FITZGERALD PC
 Case/Party: D-NYE-1-08-CV-000366-000
 Amount:         $455.00

CHECK
 Check/Money Order Num: 117951
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

08-CV-0366
08-CV-1213
```